**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 2 2025

KEVIN P. WEIMER, Clerk
By·⟨signature⟩ Deputy Clerk

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. 1:23-CR-310 |
| ADAM SCHLUETER | (Second Superseding) |

THE GRAND JURY CHARGES THAT:

### General Allegations

The conduct alleged in this Indictment occurred in and about Eschenbach, Germany, outside of the jurisdiction of any particular State or District and within the venue of the United States District Court for the Northern District of Georgia, as provided by 18 U.S.C. § 3238. The Northern District of Georgia is the district of the last known residence of the defendant, ADAM SCHLUETER.

At all times pertinent to this Indictment, the defendant, ADAM SCHLUETER, was a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice).

### Count One

Between on or about April 1, 2011 and on or about September 2, 2013, the defendant ADAM SCHLUETER, a citizen of the United States whose last known residence is within the Northern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice), engaged in conduct outside of the United States that would constitute an offense

punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is: the defendant, ADAM SCHLUETER, did knowingly engage in and attempt to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a child, Minor Victim 1, whose identity is known to the Grand Jury, who had not attained the age of 12 years, all in violation of Title 18, United States Code, Sections 3261 and 2241(c).

### Count Two

Between on or about October 1, 2008 and on or about September 2, 2013, the defendant ADAM SCHLUETER, a citizen of the United States whose last known residence is within the Northern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice), engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is: the defendant, ADAM SCHLUETER, did assault Minor Victim 1, whose

identity is known to the Grand Jury, such assault resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 3261 and 113(a)(6).

### Count Three

Between on or about April 1, 2011 and on or about September 2, 2013, the defendant ADAM SCHLUETER, a citizen of the United States whose last known residence is within the Northern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice), engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is: the defendant, ADAM SCHLUETER, did knowingly engage in and attempt to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a child, Minor Victim 2, whose identity is known to the Grand Jury, who had not attained the age of 12 years, all in violation of Title 18, United States Code, Sections 3261 and 2241(c).

### Count Four

Between on or about April 1, 2011 and on or about September 2, 2013, the defendant ADAM SCHLUETER, a citizen of the United States whose last known residence is within the Northern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice), engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been

engaged in within the special maritime and territorial jurisdiction of the United States, that is: the defendant, ADAM SCHLUETER, did assault Minor Victim 2, whose identity is known to the Grand Jury, such assault resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 3261 and 113(a)(6).

A _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

*Leanne Marek*

LEANNE M. MAREK
 *Assistant United States Attorney*
Georgia Bar No. 270935

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4