**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V** | * | **CRIMINAL ACTION NUMBER** |
| | * | **1:23-cr-00310-MLB-CMS** |
| **ADAM SCHLUETER,** | * | |
| | * | |
| **Defendant.** | * | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW the Defendant, by and through undersigned counsel, and filed this sentencing memorandum with a letter from his mother.

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

200 Ashford Center N
Suite 200
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___15____ day of ____July_________________, 2026.

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

200 Ashford Center N
Suite 200
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@att.net