7.14.26

To Whom it may Concern:

My name is Linda Schlueter. I am Adam Schlueter's mother. Please forgive me for not being there in Person. My health is not very good.

My son Adam is a good person. I am not sure why he has anger issues! That I cannot understand. His father & I never showed any kind of violence or abuse of any kind through out our marriage. Ever! We divorced in May of 98. I think the divorce really bothered Adam. My mother passed away May of 98 also. Right after my mother passed away, I moved to California to help take care of my aging father. When I was in California for my mom's funeral, his father had the divorce hearing in Texas & got sole custody of my 3 children. I was devestated. 6 months later I regained custody of my boys. And the 3 of us went back to California to live. Adam was a high spirited son for sure. Adam was diagnosed with ADHD at the age of 4. I just wish he didn't have so much anger built up! He came to California in 2021. Him & I had a few disagreements but we worked through it.

Adam is a doner. He is lost & don't know what to do next. When he was out here he showed no signs of anger at all. I am

hoping all his anger issues are a thing in the past.

I belive people can change for the better. And I believe Adam has done just that.

Adam is 40 years old & I am heartbroken he will spending the rest of his life in Prison

I am very proud of some of his accomplishments he has done throughout his grown up years. He also spent 10 years in the Army. I am proud to call him my son!

As far as the child molesting he has been accused of Your Honor, I truly believe from the bottom of my heart, he would not do such a thing. When Selena, Eli & Kalub were little I seen all three kids playing & laughing with Adam, not one of them were scared. They were having a good time.

Your Honor Please don't have Adam spend the rest of his life in Prison. He really truly is an Amazing young man. He is terrified to go to prison & I am terrified as well. All I am asking Your Honor is to please be lenient with Adam & give him a second chance. Every-one deserves one.

Thank You!
Sincerely,
Linda Schluter

442.469.7830